AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et.al.

V.

KIKO CONSTRUCTION, INC., REX KIM,
KWANG YONG BYUN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CV 1984

## JUDGE BATTS

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Kiko Construction, Inc. | Rex Kim | Kwang Yong Byun |
| 41 Gleane Street, | 14431 41st Ave. | 14330 38th Ave. |
| Apt. E-11 | Apt. 4 A | Apt. 5 N |
| Elmhurst, NY 11373 | Flushing, NY 11355 | Flushing, NY 11354 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Arlene L. Chow (AC 4533) | Tushar J. Sheth (TS 5672) | Steven Choi (SC 1906) |
| Dillon Kim (DK 4121) | Asian American Legal Defense and | YKASEC - Empowering |
| Hogan & Hartson LLP | Education Fund | the Korean American |
| 875 Third Avenue | 99 Hudson Street, 12th Floor | Community |
| New York, New York 10022 | New York, New York 10013 | 136-19 41st Avenue, |
| (212) 918-3000 | (212) 966-5932 | 3rd Floor |
| | | Flushing, New York 113! |
| | | (718) 460-5600 |

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

FEB 2 8 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        **Date**                                    *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EPS Judicial Process Service, Inc.
29-27 41ˢᵗ Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et al.,                        Index Number: 08 CV 1984
                                                          AFFIDAVIT OF SERVICE

                              Plaintiff (s),

            -against-

KIKO CONSTRUCTION, INC., REX KIM, KWANG
YONG BYUN,

                              Defendant (s).
--------------------------------------------------------------------------X
STATE OF NEW YORK          )
                           :s.s:
COUNTY OF QUEENS           )

            JEFFERSON TIRADO, being duly sworn, deposes and says:

            I am not a party to this action, am over the age of eighteen years, and
reside in the State of New York.


            On the 29ᵗʰ day of February, 2008, at approximately 2:55 p.m. at 41-96 Gleane
Street, Apartment E-11, Elmhurst, New York, I served true copies of the SUMMONS IN
A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH
A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D.
FOX, in the above-entitled action, upon KIKO CONSTRUCTION, INC., defendant
herein named, by personally delivering to and leaving thereat, true copies of the above
mentioned documents with an employee of Kiko Construction, Inc.  At time of service,
the employee refused to identify himself by name; however is a  person authorized to
accept service of process for Kiko Construction, Inc.

The employee can best be described as a Hispanic male, approximately 25-30 years of age, 5'9" tall, 185 lbs, with dark hair and dark eyes.

On the 29th day of February, 2008, I completed the service of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX upon KIKO CONSTRUCTION, INC., defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against them, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Kiko Construction Inc.
41-96 Gleane Street
Apartment E-11
Elmhurst, New York 11373

Sworn to before me this
29th day of February, 2008

NOTARY PUBLIC

JEFFERSON TIRADO
Organization License No. 1155020

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

United States District Court
Southern District of New York

_____

Felix Delgado, Carlos Dominguez, Luis
Mauriseca, Kae Heung Park, et al.

                                        Plaintiffs,

        -against-

Kiko Construction, Inc., Rex Kim,
Kwang Yong Byun,

                                        Defendants.

_____

**AFFIDAVIT OF SERVICE**
Case # 08 CV 1984

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint and Individual Practices of Judge Deborah A. Batts and Individual Practices of Magistrate Judge Mark D. Fox, pursuant to  Section 306 of the Business Corporation Law.  The corporation which was served was: **KIKO CONSTRUCTION INC.**

That on the 29th day of February 2008 at approx. 9:30 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service.   That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                        Denise L. Dooley

Sworn to before me
this 29th day of February 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #: 200802290099                    Cash #: 200802290090
Date of Service: 02/29/2008              Fee Paid: $40 - DRAWDOWN
Service Company: 12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
CORPORATION LAW

Party Served: KIKO CONSTRUCTION INC.


Plaintiff/Petitioner:
        DELGADO, FELIX


Service of Process Address:
KIKO CONSTRUCTION INC.
41-96 GLEANE ST APT E-11
ELMHURST, NY 11373

Secretary of State
By DONNA CHRISTIE