⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et.al.

V.

KIKO CONSTRUCTION, INC., REX KIM,
KWANG YONG BYUN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1984**

**JUDGE BATTS**

TO: (Name and address of Defendant)

Kiko Construction, Inc.
41 Gleane Street,
Apt. E-11
Elmhurst, NY 11373

Rex Kim
14431 41st Ave.
Apt. 4 A
Flushing, NY 11355

Kwang Yong Byun
14330 38th Ave.
Apt. 5 N
Flushing, NY 11354

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arlene L. Chow (AC 4533)
Dillon Kim (DK 4121)
Hogan & Hartson LLP
875 Third Avenue
New York, New York  10022
(212) 918-3000

Tushar J. Sheth (TS 5672)
Asian American Legal Defense and
Education Fund
99 Hudson Street, 12th Floor
New York, New York  10013
(212) 966-5932

Steven Choi (SC 1906)
YKASEC - Empowering
the Korean American
Community
136-19 41st Avenue,
3rd Floor
Flushing, New York 1135
(718) 460-5600

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_[signature: Marcos Quintero]_

(By) DEPUTY CLERK

FEB 2 8 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                            *Date*                     *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et al.,                    Index Number: 08 CV 1984
                                                      AFFIDAVIT OF SERVICE
                Plaintiff(s),

        -against-

KIKO CONSTRUCTION, INC., REX KIM, KWANG
YONG BYUN,

                Defendant(s).
------------------------------------------------------------------------X
STATE OF NEW YORK    )
                     :s.s:
COUNTY OF QUEENS     )

    JONATHAN ALEJANDRO, being duly sworn, deposes and says:

    I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

    On the 29th day of February, 2008, at approximately 8:04 p.m. at 144-31 41st Avenue, Apartment 4-A, Flushing, New York, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, in the above-entitled action, upon REX KIM, defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with Jack Song. At time of service, Mr. Song identified himself as a tenant of the aforementioned address and is a person suitable age and discretion at the aforementioned address. Also at time of service Mr. Song was given authorization by someone inside the apartment to accept service of process for Rex Kim.

Mr. Song is an Asian-American male, approximately 25-30 years of age, 5'8" tall, 165 lbs, with dark and light hair and dark eyes.

On the 29th day of February, 2008, I completed the service of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX upon REX KIM, defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Rex Kim
144-31 41st Avenue
Apartment 4-A
Flushing, New York 11355

Sworn to before me this
3rd day of March, 2008

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

_____
JONATHAN ALEJANDRO
Organization License No. 1155020

EPS Judicial Process Service, Inc.
29-27 41ˢᵗ Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et al.,            Index Number: 08 CV 1984
                                              AFFIDAVIT OF SERVICE

                     Plaintiff(s),

    -against-

KIKO CONSTRUCTION, INC., REX KIM, KWANG
YONG BYUN,

                     Defendant(s).
-----------------------------------------------------------------------X
STATE OF NEW YORK      )
                       :s.s:
COUNTY OF QUEENS       )

        JEFFERSON TIRADO, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

    On the 29ᵗʰ day of February, 2008, at approximately 2:55 p.m. at 41-96 Gleane Street, Apartment E-11, Elmhurst, New York, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, in the above-entitled action, upon REX KIM of Kiko Construction, Inc., defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with an employee of Kiko Construction, Inc. At time of service, the employee refused to identify himself by name; however is a person suitable age and discretion at the aforementioned address.

The employee can best be described as a Hispanic male, approximately 25-30 years of age, 5'9" tall, 185 lbs, with dark hair and dark eyes.

On the 29th day of February, 2008, I completed the service of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX upon REX KIM of Kiko Construction Inc., defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against him, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Rex Kim
Kiko Construction Inc.
41-96 Gleane Street
Apartment E-11
Elmhurst, New York 11373

Sworn to before me this
29th day of February, 2008

NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

JEFFERSON TIRADO
Organization License No. 1155020