UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FELIX DELGADO, CARLOS DOMINGUEZ,
LUIS MAURISECA, KAE HEUNG PARK,
LONG FAN JIN, JORGE PENAPIEL, MANUEL
TENEZACA, PASCACIO CALLEJAS, SANTOZ
MENDOZA, and JOAQUIN MACARENO,

                Plaintiffs,

      -against-

KIKO CONSTRUCTION INC., REX KIM, and
KWANG YONG BYUN,

                Defendants.

------------------------------------x

**NOTICE OF APPEARANCE**

No. 08-CV-1984

ECF CASE

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Hogan & Hartson LLP hereby enters its appearance as co-counsel in this case for plaintiffs FELIX DELGADO, CARLOS DOMINGUEZ, LUIS MAURISECA, KAE HEUNG PARK, LONG FAN JIN, JORGE PENAPIEL, MANUEL TENEZACA, PASCACIO CALLEJAS, SANTOZ MENDOZA, and JOAQUIN MACARENO and requests that copies of all notices and other papers in this case be sent to: Dillon Kim, Esq., at Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022.

    Email address: dkim@hhlaw.com

    The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: March 11, 2008
       New York, NY

HOGAN & HARTSON LLP

By: _____
     Dillon Kim (DK 4121)
     875 Third Avenue
     New York, NY 10022
     Tel: (212) 918-3000
     Fax: (212) 918-3100

     *Attorneys for Plaintiffs Felix Delgado, Carlos Dominguez, Luis Mauriseca, Kae Heung Park, Long Fan Jin, Jorge Penapiel, Manuel Tenezaca, Pascacio Callejas, Santoz Mendoza, and Joaquin Macareno*