UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FELIX DELGADO, CARLOS DOMINGUEZ,
LUIS MAURISECA, KAE HEUNG PARK,
LONG FAN JIN, JORGE PENAPIEL, MANUEL
TENEZACA, PASCACIO CALLEJAS,
SANTOZ MENDOZA, and JOAQUIN
MACARENO,

                          Plaintiffs,

        -against-

KIKO CONSTRUCTION INC., REX KIM, and
KWANG YONG BYUN,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE**

No. 08-CV-1984
ECF Case (DAB) (MDF)

PLEASE TAKE NOTICE that Steven Choi, Esq. of YKASEC is counsel representing Plaintiffs, and an attorney of record in this action. Demand is hereby made that Mr. Choi be included among counsel served with papers and electronic notices in this action, at the address stated below.

Dated: Flushing, New York
       March 12, 2008

                                                   /s_____
                                             Steven Choi (SC 1906)
                                           YKASEC – EMPOWERING THE
                                           KOREAN AMERICAN COMMUNITY
                                           136-19 41st Ave, 3rd Floor
                                           Flushing, NY 11355
                                           718-460-5600
                                           schoi@ykasec.org

To:   Clerk of the Court
        United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl St
        New York, New York 10007