UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS MAURISECA, KAE HEUNG PARK, LONG FAN JIN, JORGE PENAPIEL, MANUEL TENEZACA, PASCACIO CALLEJAS, SANTOZ MENDOZA, and JOAQUIN MACARENO,

    Plaintiffs,

-against-

KIKO CONSTRUCTION INC., REX KIM, and KWANG YONG BYUN,

    Defendants.

08CV1984 (DAB) (MDF)

ECF Case

**REQUEST TO ENTER DEFAULT**

TO:   J. MICHAEL McMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
       VIA ECF

Plaintiffs Felix Delgado, Carlos Dominguez, Luis Mauriseca, Kae Heung Park, Long Fan Jin, Jorge Penapiel, Manuel Tenezaca, Pascacio Callejas, Santoz Mendoza, and Joaquin Macareno, respectfully request the entry of default of the Defendants KIKO CONSTRUCTION INC., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned matter as fully appears from the Court file herein and from the attached Certification of Dillon Kim.

Dated: New York, New York
       April 23, 2008

                              HOGAN & HARTSON LLP

                                    */s/ Dillon Kim*
                           Arlene L. Chow (AC 4533)
                           Dillon Kim (DK 4121)
                           875 Third Avenue
                           New York, NY 10022
                           (212) 918-3000

Tushar J. Sheth (TS 5672)           Steven Choi (SC 1906)
ASIAN AMERICAN LEGAL DEFENSE    YKASEC – EMPOWERING THE KOREAN
AND EDUCATION FUND                AMERICAN COMMUNITY
99 Hudson Street, 12th Floor         136-19 41st Ave, 3rd Floor
New York, New York 10013          Flushing, NY 11354
(212) 966-5932                               (718) 460-5600

                                   *Attorneys for Plaintiffs Felix Delgado,*
                                   *Carlos Dominguez, Luis Mauriseca, Kae*
                                   *Heung Park, Long Fan Jin, Jorge Penapiel,*
                                   *Manuel Tenezaca, Pascacio Callejas, Santoz*
                                   *Mendoza, and Joaquin Macareno*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS MAURISECA, KAE HEUNG PARK, LONG FAN JIN, JORGE PENAPIEL, MANUEL TENEZACA, PASCACIO CALLEJAS, SANTOZ MENDOZA, and JOAQUIN MACARENO,

Plaintiffs,

-against-

KIKO CONSTRUCTION INC., REX KIM, and KWANG YONG BYUN,

Defendants.

08CV1984 (DAB) (MDF)

ECF Case

**CERTIFICATION OF DILLON KIM IN SUPPORT OF REQUEST TO ENTER DEFAULT**

I, DILLON KIM, of full age and under penalty of perjury, certify as follows:

1. I am an attorney at law duly admitted to practice in the State of New York and the United States District Court for the Southern District of New York and the Eastern District of New York.

2. I am an attorney with the law firm of Hogan & Hartson LLP, counsel for Plaintiffs Felix Delgado, Carlos Dominguez, Luis Mauriseca, Kae Heung Park, Long Fan Jin, Jorge Penapiel, Manuel Tenezaca, Pascacio Callejas, Santoz Mendoza, and Joaquin Macareno, in this matter and am familiar with the facts set forth in this Certification.

3. This Certification is respectfully submitted in support of the entry of a Notation of a Default in Appearance against Defendant KIKO CONSTRUCTION INC.

4.      This action was commenced on February 28, 2008 by the filing of the Complaint.

5.      On the same day, a Summons was issued against the Defendant.

6.      The Summons and Complaint were served on Defendant KIKO CONSTRUCTION INC. on February 29, 2008 by service upon the New York Secretary of State. A true copy of the Affidavit of Service is annexed here as Exhibit "A".

7.      The time for Defendant KIKO CONSTRUCTION INC. to appear or otherwise respond to the complaint of the Plaintiffs has expired and Defendant is now in default of appearance pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

8.      As a result of the foregoing, Plaintiffs respectfully request that the Clerk of the Court enter a Notation of Default on the record in the form annexed here as Exhibit "B".

Dated:  New York, New York
        April 23, 2008

                                        /s/ Dillon Kim
                                        Dillon Kim (DK 4121)

\\090334/000048 - 1080566 v2

# EXHIBIT "A"

\\090334/000048 - 1080566 v2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et.al.

**SUMMONS IN A CIVIL ACTION**

V.

KIKO CONSTRUCTION, INC., REX KIM,
KWANG YONG BYUN

CASE NUMBER:

## 08 CV 1984

## JUDGE BATTS

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Kiko Construction, Inc. | Rex Kim | Kwang Yong Byun |
| 41 Gleane Street, | 14431 41st Ave. | 14330 38th Ave. |
| Apt. E-11 | Apt. 4 A | Apt. 5 N |
| Elmhurst, NY 11373 | Flushing, NY 11355 | Flushing, NY 11354 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Arlene L. Chow (AC 4533) | Tushar J. Sheth (TS 5672) | Steven Choi (SC 1906) |
| Dillon Kim (DK 4121) | Asian American Legal Defense and | YKASEC - Empowering |
| Hogan & Hartson LLP | Education Fund | the Korean American |
| 875 Third Avenue | 99 Hudson Street, 12th Floor | Community |
| New York, New York 10022 | New York, New York 10013 | 136-19 41st Avenue, |
| (212) 918-3000 | (212) 966-5932 | 3rd Floor |
| | | Flushing, New York 1135 |
| | | (718) 460-5600 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 2 8 2008

CLERK

*[signature: Marcos Quintero]*

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    Signature of Server

                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et al.,                Index Number: 08 CV 1984
                                                  <u>AFFIDAVIT OF SERVICE</u>
                    Plaintiff (s),

       -against-

KIKO CONSTRUCTION, INC., REX KIM, KWANG
YONG BYUN,

                    Defendant (s).
-----------------------------------------------------------------------X
STATE OF NEW YORK    )
                     :s.s:
COUNTY OF QUEENS     )

JEFFERSON TIRADO, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

On the 29th day of February, 2008, at approximately 2:55 p.m. at 41-96 Gleane Street, Apartment E-11, Elmhurst, New York, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX, in the above-entitled action, upon KIKO CONSTRUCTION, INC., defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with an employee of Kiko Construction, Inc. At time of service, the employee refused to identify himself by name; however is a person authorized to accept service of process for Kiko Construction, Inc.

The employee can best be described as a Hispanic male, approximately 25-30 years of age, 5'9" tall, 185 lbs, with dark hair and dark eyes.

On the 29th day of February, 2008, I completed the service of the SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX upon KIKO CONSTRUCTION, INC., defendant herein named, pursuant to CPLR 308, via First Class Mail. Such service was made by personally enclosing true and correct copies of the aforementioned documents in a properly addressed, postage paid, securely fastened wrapper bearing the legend "personal and confidential", and not indicating by return address or otherwise that such communication was from an attorney or concerned an action pending against them, and then depositing it into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Kiko Construction Inc.
41-96 Gleane Street
Apartment E-11
Elmhurst, New York 11373

Sworn to before me this
29th day of February, 2008

NOTARY PUBLIC

JEFFERSON TIRADO
Organization License No. 1155020

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

United States District Court
Southern District of New York

Felix Delgado, Carlos Dominguez, Luis
Mauriseca, Kae Heung Park, et al.

                         Plaintiffs,

-against-                                  AFFIDAVIT OF SERVICE
                                                            Case # 08 CV 1984

Kiko Construction, Inc., Rex Kim,
Kwang Yong Byun,

                         Defendants.

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint and Individual Practices of Judge Deborah A. Batts and Individual Practices of Magistrate Judge Mark D. Fox, pursuant to Section 306 of the Business Corporation Law. The corporation which was served was: **KIKO CONSTRUCTION INC.**

That on the 29th day of February 2008 at approx. 9:30 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                                               Denise L. Dooley

Sworn to before me
this 29th day of February 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #: 200802290099  Cash #: 200802290090
Date of Service: 02/29/2008  Fee Paid: $40 - DRAWDOWN
Service Company: 12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: KIKO CONSTRUCTION INC.

Plaintiff/Petitioner:
    DELGADO, FELIX

Service of Process Address:
KIKO CONSTRUCTION INC.
41-96 GLEANE ST APT E-11
ELMHURST, NY 11373

Secretary of State
By DONNA CHRISTIE

# EXHIBIT "B"

\\090334/000048 - 1080566 v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX DELGADO, CARLOS DOMINGUEZ, LUIS MAURISECA, KAE HEUNG PARK, LONG FAN JIN, JORGE PENAPIEL, MANUEL TENEZACA, PASCACIO CALLEJAS, SANTOZ MENDOZA, and JOAQUIN MACARENO,<br><br>Plaintiffs,<br><br>-against-<br><br>KIKO CONSTRUCTION INC., REX KIM, and KWANG YONG BYUN,<br><br>Defendants. | 08CV1984 (DAB) (MDF)<br><br>ECF Case<br><br>**NOTATION OF DEFAULT** |

I, **J. MICHAEL McMAHON**, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant, **KIKO CONSTRUCTION INC.**, has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant, **KIKO CONSTRUCTION INC.**, is hereby pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 23, 2008

J. MICHAEL McMAHON
Clerk of the Court

By: _____
Deputy Clerk

\\\\090334/000048 - 1080566 v2