AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

FELIX DELGADO, CARLOS DOMINGUEZ, LUIS
MAURISECA, KAE HEUNG PARK, et.al.

V.

KIKO CONSTRUCTION, INC., REX KIM,
KWANG YONG BYUN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CV 1984

### JUDGE BATTS

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Kiko Construction, Inc. | Rex Kim | Kwang Yong Byun |
| 41 Gleane Street, | 14431 41st Ave. | 14330 38th Ave. |
| Apt. E-11 | Apt. 4 A | Apt. 5 N |
| Elmhurst, NY 11373 | Flushing, NY 11355 | Flushing, NY 11354 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Arlene L. Chow (AC 4533) | Tushar J. Sheth (TS 5672) | Steven Choi (SC 1906) |
| Dillon Kim (DK 4121) | Asian American Legal Defense and | YKASEC - Empowering |
| Hogan & Hartson LLP | Education Fund | the Korean American |
| 875 Third Avenue | 99 Hudson Street, 12th Floor | Community |
| New York, New York  10022 | New York, New York  10013 | 136-19 41st Avenue, |
| (212) 918-3000 | (212) 966-5932 | 3rd Floor |
| | | Flushing, New York 1135 |
| | | (718) 460-5600 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]* Marcos Quintero

(By) DEPUTY CLERK

DATE: FEB 2 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Hogan & Hartson LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FELIX DELGADO, CARLOS DOMINGUEZ, et. al.

                              Plaintiff,

-against-

KIKO CONSTRUCTION, INC., REX KIM and
KWANG YONG BYUN,

                              Defendants.
------------------------------------------------------------------X

Docket No.: 2008  CV  1984 (BATTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

        **JUAN ROLDAN**, being duly sworn, deposes and says:

        1.      That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

        2.      That on June 10, 2008, at approximately 10:13 p.m., I personally served a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, Individual Practices of Judge Deborah A. Batts and Electronic Case Filing Rules & Instructions**, all upon **REX KIM, (an Individual)**, by Personal Service via Mr. Rex Kim, who identified himself as the person deponent was seeking to serve. Mr. Rex Kim, who is known and known to be, someone of suitable age and discretion and who indicated upon inquiry, that he is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at his actual place of residence indicated below:

                        REX KIM
                        57-35  256TH Street / Multi Family House / Front Entrance
                        Little Neck, New York 11362

        3.      **Mr. Rex Kim** can best be described as:

Asian male – White skin – Brown hair (thinning in front) – Brown eyes - Approximately 35 - 45 years of age, 5'4" – 5'8" and 100 – 125 lbs.

Dated:  June 10, 2008.
         New York, New York

                                                                   JUAN ROLDAN
                                                                  License No. 0983113

Sworn to before me on this the 10th day of June 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 29, 20_09_

---

**EXCLUSIVE PROCESS SERVICE CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-
www.ExclusiveProcess.com

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
(917) 902 - 5700

*'We've built our service on your satisfaction'*