# HOGAN & HARTSON

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1 212 918 3000 Tel
+1 212 918 3100 Fax

www.hhlaw.com

August 27, 2008

Dillon Kim
Associate
+1.212.918.3537
dkim@hhlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

*VIA FAX*

The Honorable Deborah A. Batts
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: *Felix Delgado, et al., v. Kiko Construction Inc., et al.*
    08CV1984 (DAB) (MDF)

Dear Judge Batts:

We, along with our co-counsel Tushar J. Sheth from the Asian American Legal Defense and Education Fund and Steven Choi from YKASEC-Empowering the Korean American Community, represent the Plaintiffs in the above-captioned action.

Plaintiffs would like to voluntarily dismiss the action against Defendant Kwang Yong Byun without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Plaintiffs commenced this action on February 28, 2008 by filing the Complaint. Unfortunately, Plaintiffs have not been able to serve the summons and Complaint upon Defendant Kwang Yong Byun despite several attempts.

/DAB/ Granted 08/27/08

Please do not hesitate to contact us with any questions or concerns.

Very truly yours,

Dillon Kim

cc: Arlene L. Chow, Esq.
    Tushar J. Sheth, Esq.
    Steven Choi, Esq.

MEMO ENDORSED

SO ORDERED

Deborah A. Batts
UNITED STATES DISTRICT JUDGE